**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AARON SOLIS BERMUDEZ, | No. 11-71499 |
| Petitioner, | Agency No. A075-765-267 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 25, 2012[**]

Before:     HUG, FARRIS, and LEAVY, Circuit Judges

Aaron Solis Bermudez, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to

reconsider.  We have jurisdiction under 8 U.S.C. § 1252.  We review for an abuse

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of discretion, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005), and we deny the petition for review.

The BIA did not abuse its discretion in denying Solis Bermudez's motion to reconsider because the motion failed to identify any error of law or fact in the BIA's July 16, 2010 order denying his motion to reopen. *See* 8 C.F.R. § 1003.2(b)(1); *see also Socop-Gonzalez v. INS*, 272 F.3d 1180 n.3, 1193-96 (9th Cir. 2001) (en banc).

**PETITION FOR REVIEW DENIED.**